

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2020

No. 04-20-00438-CV

**IN RE** Luis and Olga **ORTIZ**

Original Mandamus Proceeding[1]

Sitting:      Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Luz Elena Chapa, Justice

On September 8, 2020, relators filed a petition for writ of mandamus and an emergency motion for temporary relief pending final resolution of the petition for writ of mandamus. On September 11, 2020, the real parties in interest filed a Motion to Strike and Deny Request for Temporary Relief.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition in this court **no later than September 30, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

The Motion to Strike and Deny Request for Temporary Relief is DENIED. Relator's request for temporary relief is GRANTED. All underlying proceedings are STAYED pending final resolution of the petition for writ of mandamus. The real parties in interest, Olga Marie Narro and Jose Elias Narro Arreazola, are ORDERED to return the child, J.E.N., to the possession of relators <u>within twenty-four hours of this order</u> pending final resolution of the petition for writ of mandamus.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-0099-CI, styled *Ex parte J.E.N., A Child*, pending in the 63rd Judicial District Court, Val Verde County, Texas. The Honorable Enrique Fernandez signed the order at issue in this original proceeding.